Donald W. ANDREWS, Jr., Plaintiff—Appellant,

v.

Honorable Deborah M. PAXSON, Individually and in her official capacity as a Presiding Judge of the Virginia Beach Juvenile and Domestic Relations Court, Defendant–Appellee.

No. 13–1233.

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2013.

Decided: June 28, 2013.

Donald W. Andrews, Jr., Appellant Pro Se.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald W. Andrews, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Andrews v. Paxson*, No. 3:12–cv–00879–JAG (E.D.Va. Jan. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*